**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

Jane Doe (D.D.H.), individual,

    *Plaintiff*,

           v.

G6 HOSPITALITY, LLC,
G6 HOSPITALITY IP, LLC,
G6 HOSPITALITY PROPERTY, LLC,
G6 HOSPITALITY PURCHASING, LLC,
G6 HOSPITALITY FRANCHISING, LLC,
MOTEL 6 OPERATING, L.P.,

    *Defendants*.

Case No. 1:23-cv-00283

## JOINT STATUS REPORT ON MEDIATION

In August 2025, the Court stayed this matter while the parties engaged in mediation. On February 20, 2026, the Court extended that stay and directed the parties to file a Joint Status Report regarding their resolution efforts.

Since August 2025, the Parties have met and conferred repeatedly and have engaged in mediation of certain matters. Through those efforts, the Parties have resolved numerous cases in principle and are finalizing the settlement terms for those matters. Additional mediation sessions are scheduled for those cases not yet resolved. The Parties propose that they file a further joint status report on or before September 14, 2026.

Dated: June 12, 2026

By: */s/ Kenneth T. Fibich*
Kenneth T. Fibich
Texas Bar No. 06952600
tfibich@fibichlaw.com
Sarah J. Fendia
Texas Bar No. 06898800
sfendia@fibichlaw.com
FIBICH LEEBRON COPELAND BRIGGS
1150 Bissonnet Street
Houston, Texas 77005
T: 713.751.0025
F: 713.751.0030

*Counsel for Plaintiff D.D.H.*

By: */s/ Bethany K. Biesenthal*
Bethany K. Biesenthal (*pro hac vice*)
Illinois Bar No. 6282529
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
T: 312.269.1541
F: 312.782.8585
bbiesenthal@jonesday.com

*Counsel for G6 Defendants*

By: */s/ Jack P. Carroll*
Jack P. Carroll
Orgain Bell & Tucker, LLP
505 Orleans Street, Suite 500
P.O. Box 1751
Beaumont, TX 77704-1751
Phone: (409) 838-6412
Facsimile: (409) 838-6959
jpc@obt.com

*Counsel for Defendants*
*G6 Hospitality Property LLC*
*Motel 6 Operating L.P.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing was served

via the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: June 12, 2026                              */s/ Jack P. Carroll*
                                                    Jack P. Carroll